IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE BRUNSON | : | CIVIL ACTION |
| | : | NO. 08-2827 |
| v. | : | |
| | : | |
| JAMES B. PEAKE | : | |

ORDER

AND NOW, this 24th day of August, 2011, after consideration of defendant James B. Peake's motion for summary judgment, plaintiff Lawrence Brunson's response in opposition, defendant's reply and plaintiff's sur-reply, it is ORDERED that defendant's motion is DENIED.

It is FURTHER ORDERED that this case is LISTED for trial on October 31, 2011 at 10:00 A.M. in Courtroom 4A of the United States Courthouse in Philadelphia, Pennsylvania.

Pretrial memoranda, motions in limine and other matters requiring the Court's attention, if any, shall be filed no later than October 10, 2011.

If the parties believe that a settlement conference before Judge Restrepo would be productive, they should contact my chambers (215-597-2750).

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.